UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**ERIC BROWN**                                                          **CIVIL ACTION**

**versus**                                                              **NO. 07-1857**

**WARDEN JEFFREY TRAVIS**                                               **SECTION: "I" (6)**

### O R D E R

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the failure of petitioner to file any objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

**IT IS ORDERED** that the federal petition of **Eric Brown** for *habeas corpus* relief is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this  28th  day of March, 2008.

LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE